**Order filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00916-CR
_____

## EX PARTE VASTIE SHAKIRA COLEMAN

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1426185**

## ORDER

This is an appeal from the trial court's November 3, 2014, denial of appellant's application for writ of habeas corpus seeking a reduction in the amount of appellant's pre-trial bond. The clerk's record was filed November 17, 2014, and the reporter's record was filed December 1, 2014. This court then set appellant's brief due on December 22, 2014. *See* Tex. R. App. P. 30.1. No brief or request for an extension of time was filed. On December 30, 2014, this court notified appellant's appointed counsel, Jules L. Laird, Jr., that appellant's brief was past due. No response was filed. Accordingly, we issue the following order:

Appellant's counsel, **Jules L. Laird, Jr.,** is ordered to file appellant's brief in this appeal on or before **February 13, 2015.** If counsel fails to file the brief as order, the court may refer the matter to the trial court to conduct a hearing to determine the reason for the failure to file the brief as ordered, including findings concerning whether the imposition of sanctions may be appropriate.

PER CURIAM